THEODORE HART, Appellant, v. NEW YORK LIFE INSURANCE COMPANY et al., Respondents, et al., Defendants.— Judgment affirmed, with one bill of costs to the respondent executors and respondent Federation of Jewish Philanthropies and the respondent Wini Kron. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Martin, P. J., and Peck, J., dissent and vote to reverse and grant judgment for the plaintiff.

BERNARD MANDEL et al., Doing Business under the Name of ZINA DRESS CO., Respondents, v. JACK KLEIN, Appellant, et al., Defendants.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

HAROLD K. BARON, Appellant, v. GOULD MERSEREAU CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

JULIA C. BRUMMEL, Appellant, v. L. F. DIETZ AND ASSOCIATES, INC., et al., Respondents.— Judgment, so far as appealed from, and order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

In the Matter of JAMES H. WILLIAMS, Respondent, against JOHN H. DELANEY et al., Constituting the Board of Transportation of the City of New York, Appellants.— Order, so far as appealed from, affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Martin, P. J., and Peck, J., dissent and vote to reverse and grant the motion.

In the Matter of the Accounting of ANIELLO AQUINO, as Temporary Administrator, and ANIELLO AQUINO et al., as Executors of GIOVANNI AQUINO, Deceased. MARYLAND CASUALTY COMPANY, Appellant-Respondent; ANGELINA V. LATONA, as Executrix of CARMELA AQUINO, Deceased, Respondent-Appellant; LINA AQUINO, as Administratrix of the Estate of THOMAS AQUINO, Deceased, Respondent-Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [186 Misc. 7.]

LESTER M. GREFF, Respondent, v. ELLA E. HAVENS, Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted to the extent of awarding defendant-appellant $350 as counsel fee. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of RALPH C. TOBIN et al., Constituting the Board of Trustees of the Seventh Regiment Armory Building in the City of New York, Respondents, against WILLIAM O'DWYER et al., Constituting the Board of Estimate of the City of New York, Appellants.— Order affirmed with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Peck, J., dissents and votes to reverse and deny.

In the Matter of the Arbitration between FEUER TRANSPORTATION, INC., Respondent, and LOCAL UNION NO. 445, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See post, p. 1015.]

DONALD FLAMM, Appellant, v. EDWARD J. NOBLE, Respondent.— Orders affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Callahan and Peck, JJ., dissent and vote to reverse and grant the motion. [See post, p. 1015.]